United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  JEROME L. GRIMES, et al.,              No. C-05-4722 MMC
12           Plaintiffs,                   **ORDER DISMISSING COMPLAINT;
                                           DENYING APPLICATION TO PROCEED
13      v.                                 IN FORMA PAUPERIS**
14  JOSEPH HUANG, et al.,
15           Defendants                /
16
17       Before the Court is plaintiff Jerome L. Grimes' application to proceed in forma
18  pauperis and his complaint[1] against 114 individuals, both of which were filed on November
19  15, 2005.
20       Pursuant to 28 U.S.C. § 1915(e), where a plaintiff seeks to proceed in forma
21  pauperis, the district court must dismiss the complaint if the court determines that the
22  complaint is frivolous or malicious, or that the plaintiff has failed to state a claim upon which
23  relief can be granted. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii).
24       Here, plaintiff's complaint falls directly within the category of pleadings identified in
25  § 1915(e)(2)(B)(i) and (ii). Plaintiff's claims are based upon, inter alia, defendants being
26  "organ smugglers," defendants having engaged in the "Oklahoma City bombing" and being
27  "9/11/01 bombers," defendants' committing "premediated STD," and defendants' being
28
    ────────────────────
         [1]Plaintiff also purports to bring claim(s) on behalf of three deceased individuals.

1  involved in a "highly sophisticated old aged natural death frame up."  Moreover, plaintiff
2  does not allege any cognizable basis for a federal district court to assert jurisdiction over
3  his claim(s), and no such basis is apparent from the allegations.  Finally, there is no
4  indication plaintiff can cure the above-referenced deficiencies.
5  　　　Accordingly, plaintiff's complaint is hereby DISMISSED, pursuant to 28 U.S.C.
6  § 1915(e)(2)(B), and plaintiff's application to proceed in forma pauperis is hereby DENIED
7  as moot.
8  　　　The Clerk shall close the file.
9  　　　**IT IS SO ORDERED.**

11  Dated: November 29, 2005　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
12  　　　　　　　　　　　　　　　　　　　　United States District Judge

2